# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| AARON SLOAN, | : No. 63 WM 2015 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| BRIAN COLEMAN, R. WORKMAN, | : |
| STEPHEN BUZAS, JANE DOE, OFFICER | : |
| HAWKINBERRY, OFFICER BOGUCKI, | : |
| OFFICER ZUEGER, OFFICER | : |
| ANDERSON, C. A. YAUGER, J. B. | : |
| SKROBACZ AND OFFICER PRESCOTT, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.